

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER OF ABATEMENT

Appellate case name:        Stephen Franklin Heiman v. The State of Texas

Appellate case number:    01-18-00968-CR

Trial court case number:    81031-CR

Trial court:                        149th District Court of Brazoria County

A jury convicted appellant, Stephen Franklin Heiman, of the offense of capital murder, and the trial court assessed his punishment at confinement for life. And, the trial court appointed Frank J. Fraley to represent appellant on appeal. Appointed counsel has filed a motion to withdraw as appellant's counsel, stating that "he was elected the 240th State District Judge in Fort Bend County, Texas."

Accordingly, we abate the appeal and remand the case to the trial court to determine whether appointed counsel, Frank J. Fraley, should be allowed to withdraw from representing appellant on appeal. If counsel is allowed to withdraw, the trial court is directed to appoint counsel, at no expense to appellant, to represent him on appeal. *See* TEX. CODE CRIM. PROC. ANN. art. 1.051(a), (c), (d)(1); 26.04(j)(2), (p).

The trial court clerk is directed to file a supplemental clerk's record containing the trial court's orders, and any findings or recommendations, with this Court no later than 30 days from the date of this order.

The appeal is abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.

Judge's signature: /s Julie Countiss_____
                                ☑ Acting individually    ☐ Acting for the Court

Date: __February 12, 2019___